UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANK MACIAS,

                Plaintiff

v.

STATE OF NEVADA, *et al.*,

                Defendants

Case No. 3:19-cv-00310-MMD-WGC

ORDER

## I. DISCUSSION

The Court construes the letter attached to Plaintiff's application to proceed *in forma pauperis* as a request for an extension of time to file his financial certificate and inmate account statement. The Court grants Plaintiff's until Friday, August 16, 2019, to file a properly executed financial certificate and inmate account statement or pay the full $400 filing fee.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that on or before Friday, August 16, 2019, Plaintiff shall either: (1) file an inmate account statement for the past six months and a properly executed financial certificate in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: July 10, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE