UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK MACIAS,<br><br>       Plaintiff,<br><br> v.<br><br>NEVADA, STATE OF, et al.,<br><br>       Defendants. | Case No. 3:19-cv-00310-MMD-WGC<br><br>ORDER |

   According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

   **IT IS THEREFORE ORDERED** that:

   1. Plaintiff will file his current address with the Court within **thirty (30) days** from the date of this order.

   2. If Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

   DATED THIS  5th  day of April 2021.

                   *William G. Cobb*
                   UNITED STATES MAGISTRATE JUDGE

1