AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendant*
*Estate of Gregory Martin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK MACIAS,<br><br>                    Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, *et al.,*<br><br>                    Defendants. | Case No. 3:19-cv-00310-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND PROPOSED JOINT PRETRIAL ORDER DEADLINE** |

Defendant Estate of Gregory Martin, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General; and Plaintiff Frank Macias, by and through counsel, James Urrutia, Esq., hereby submit their first stipulation and agreement to extend the deadline to file their Joint Pretrial Order.

LR 26-3 requires that the extension of any date set by the discovery plan, scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain the reasons an extension is needed—demonstrate good cause for the extension.

The parties are working diligently together to draft their Joint Pretrial Order and submit it to the Court. The parties have met and conferred on two separate occasions and continue to work diligently and cooperatively.

///

///

As such, the parties agree and stipulate to extending the Joint Pretrial Order deadline by two weeks, until **May 22, 2026**.

DATED this 8th day of May, 2026
and respectfully submitted by:

DATED this 8th day of May, 2026
and approved as to form and content by:

AARON D. FORD
Attorney General

/s/ *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)

/s/ *James Urrutia*
JAMES URRUTIA (Bar No. 12885)

*Attorneys for Defendant*

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: May 8, 2026

Page **2** of **2**